THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE F. JACKSON and MELANIE JACKSON, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CARVANA, LLC, a foreign limited liability company; BRIDGECREST CREDIT COMPANY, LLC, a foreign limited liability company,<br><br>Defendants. | **Case No.: 2:23-cv-00169**<br><br>**STIPULATED MOTION TO STAY ACTION PENDING ARBITRATION**<br><br>**NOTED ON MOTION CALENDAR: Monday, February 27, 2023** |

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, and LCR 7(d)(1) and 10(g), Plaintiffs Kyle F. Jackson and Melanie Jackson ("Plaintiffs") and Defendants Carvana, LLC ("Carvana") and Bridgecrest Credit Company, LLC ("Bridgecrest"; collectively, "Defendants") stipulate and respectfully request that, in light of the Parties' binding agreement to arbitrate this dispute, this Court stay this Action and all deadlines pending resolution of the parties' forthcoming arbitration.

In support of this Stipulation and Motion, the parties state as follows:

STIPULATED MOTION TO STAY ACTION
PENDING ARBITRATION - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

WHEREAS, Plaintiff Jackson entered into a written agreement with Defendant Carvana, dated February 7, 2022, for the purchase and financing of a vehicle (ECF No. 1, Exs. 1 & 2);

WHEREAS, in connection with that purchase, Plaintiff Jackson and Defendant Carvana entered into a binding agreement to arbitrate all claims arising from or related to the purchase of the vehicle upon either party's election (ECF No. 1 at ¶¶ 5.1–5.4, Ex. 3);

WHEREAS, these written agreements evidence a transaction involving interstate commerce and are therefore governed by the FAA (9 U.S.C. § 2; *see also* ECF. No. 1, Exs. 1 & 3);

WHEREAS, Plaintiffs commenced this action by filing a Complaint in this Court on February 3, 2023, in which Plaintiffs assert claims against Defendants arising out of and related to the above-referenced purchase and vehicle (ECF No. 1);

WHEREAS, by their Complaint, Plaintiffs have elected to arbitrate this dispute with JAMS (ECF No. 1 at ¶ 5.3);

WHEREAS, once a lawsuit is "referable to arbitration," the court "**shall** on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement" (9 U.S.C. § 3 (emphasis added); *accord Dean Witter Reynolds v. Byrd*, 470 U.S. 213, 218 (1985) (noting that, "[b]y its terms, the [FAA] leaves no place for the exercise of discretion by a district court"));

WHEREAS, the parties agree that, by filing this Stipulation and Motion, Defendants do not waive and expressly reserve all claims, objections, defenses, and motions, including all jurisdictional arguments and the right to move to dismiss pursuant to Fed. R. Civ. P 12(b);[1] and

---

[1] *See Lamkin v. Morinda Props. Weight Parcel, LLC*, 440 F. App'x 604, 607–08 (10th Cir. 2011) (A "defendant in a pending lawsuit may file a petition or motion to compel arbitration in lieu of an answer to the complaint" because "requiring a party to file an answer . . . in order to enforce its right **not to litigate** is a non-sequitur." (citation omitted) (emphasis in original)); *see also, e.g.*, *Green Tree Fin. Corp.–Ala. v. Randolph*, 531 U.S. 79, 83 (2000) (noting without challenge defendants' filing in the district court of a motion to compel arbitration "[i]n lieu of an answer"); *Simula, Inc. v. Autoliv, Inc.*, 175 F.3d 716, 726 (9th Cir. 1999) (recognizing that while a motion to compel arbitration is pending, "a federal court may consider only issues relating to the making and performance of the agreement to arbitrate" (citation omitted)).

STIPULATED MOTION TO STAY ACTION
PENDING ARBITRATION - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

WHEREAS, the parties have conferred through counsel and agree to this request.

WHEREFORE, the parties stipulate and respectfully request that this Court issue an Order staying this action pending the resolution of any forthcoming arbitration of the claims in this Action.

DATED this 27th day of February, 2023.

Presented by:

| COZEN O'CONNOR | LAW OFFICE OF EUGENE N BOLIN JR. |
|---|---|
| */s/ Patrick G. Lynch* <br> Robert D. Lee, WSBA No. 46682 <br> Patrick G. Lynch, WSBA No. 53147 <br> 999 Third Avenue, Suite 1900 <br> Seattle, WA 98104 <br> Tel.: (206) 340-1000 <br> Email: rlee@cozen.com <br>        plynch@cozen.com <br><br> *Attorneys for Defendants* | */s/ Eugene N Bolin , Jr.* <br> Eugene N Bolin, Jr., WSBA No. 11450 <br> 144 Railroad Avenue, Suite 308 <br> Edmonds, WA 98020 <br> Tel.: 425-582-8165 <br> Email: eugenebolin@gmail.com <br><br> *Attorney for Plaintiffs* |

STIPULATED MOTION TO STAY ACTION
PENDING ARBITRATION - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, that I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Eugene N Bolin, Jr., WSBA No. 11450
> LAW OFFICE OF EUGENE N BOLIN JR.
> 144 Railroad Ave., Ste 308
> Edmonds, WA 98020
> Tel.: 425-582-8165
> Fax: 888-527-2710
> Email: eugenebolin@gmail.com
>
> *Attorney for Plaintiffs*

DATED this 27th day of February, 2023.

*/s/ Patrick G. Lynch*
Patrick G. Lynch, WSBA No. 53147

---

STIPULATED MOTION TO STAY ACTION
PENDING ARBITRATION - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000