THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE F. JACKSON and MELANIE JACKSON, husband and wife and the marital community composed thereof,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CARVANA, LLC, a foreign limited liability company; BRIDGECREST CREDIT COMPANY, LLC, a foreign limited liability company,<br><br>　　　　　　　　　　　Defendants. | Case No.: 2:23-cv-00169-RAJ<br><br>**JOINT STATUS REPORT** |

The parties submit the following joint status report, in response to the Honorable Richard A. Jones's Minute Order dated March 2, 2023:

On March 2, 2023, the Court granted the parties' Stipulated Motion to Stay Action Pending Arbitration.

On March 2, 2023, the Court struck all deadlines previously set in the U.S. District Court.

JOINT STATUS REPORT - 1

On March 8, 2023, Plaintiffs initiated a JAMS Arbitration and submitted their filing fee to JAMS.

Thereafter, Defendant submitted their initial filing fee to JAMS and filed their Answer to Plaintiffs' Demand.

As of May 30, 2023, the parties await the commencement of the JAMS Arbitration and have fulfilled all requirements of them to initiate JAMS Arbitration.

Dated this 31st of May, 2023.

**LAW OFFICES OF EUGENE N. BOLIN, JR., PS**

By: _____
Eugene N. Bolin, Jr., WSBA # 11450
Attorneys for Plaintiff

**COZEN O'CONNOR**

By: /s/ Robert D. Lee
Robert D. Lee, WSBA #46682
Patrick G. Lynch, WSBA #53147
Attorneys for Defendants

JOINT STATUS REPORT - 2

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone: 425-582-8165
gene@defectivevehiclelaw.com